IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GERALD DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-025 |
| | ) | |
| HOMER BRYSON, Georgia Department of Corrections Commissioner; S. EMMINS, Warden, Johnson State Prison (J.S.P.); T. JEFFERSON, Deputy Warden, J.S.P.; C. PRICE, Deputy Warden, J.S.P.; HEALTH SERVICES ADMINISTRATOR, J.S.P.; DR. SEWARD, MD, J.S.P.; ANDREWS-BODI, aka PA BODI, J.S.P.; WHITNEY CLAXTON, Nurse, J.S.P.; FNU HALL, Nurse, J.S.P.; FNU HOBBY, Nurse, J.S.P.; FNU SUTTON, Nurse, J.S.P.; FNU BAILEY, Nurse (Mental Health), J.S.P.; FNU SCRUTCHENS, Mental Health Counselor, J.S.P.; FNU LISIECKI, Mental Health Counselor, J.S.P.; DR. SPALDING, Mental Health Director, J.S.P.; GEORGIA DOC OMBUDSMAN, Old Tift College; GEORGIA CORRECTIONAL HEALTHCARE; All Defendants, Jointly and Severally in their Individual and Professional Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any party who objects to this Report and Recommendation or anything in it must file, not later than November 28, 2016, written objections specifically identifying the

portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.[1]  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on November 29, 2016.  Failure to file specific objections within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights.  <u>Dupree v. Warden</u>, 715 F.3d 1295, 1300 (11th Cir. 2013).

Requests for extension of time to file objections to this Report and Recommendation shall be directed to Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 9th day of November, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A copy of the objections must be served upon all other parties to the action.

2