ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
Dec 1
2016 ~~NOV 31~~ AM 8:53
CLERK CAdams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GERALD DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-025 |
| | ) | |
| HOMER BRYSON, Georgia Department of Corrections Commissioner; S. EMMINS, Warden, Johnson State Prison (J.S.P.); T. JEFFERSON, Deputy Warden, J.S.P.; C. PRICE, Deputy Warden, J.S.P.; HEALTH SERVICES ADMINISTRATOR, J.S.P.; DR. SEWARD, MD, J.S.P.; ANDREWS-BODI, aka PA BODI, J.S.P.; WHITNEY CLAXTON, Nurse, J.S.P.; FNU HALL, Nurse, J.S.P.; FNU HOBBY, Nurse, J.S.P.; FNU SUTTON, Nurse, J.S.P.; FNU BAILEY, Nurse (Mental Health), J.S.P.; FNU SCRUTCHENS, Mental Health Counselor, J.S.P.; FNU LISIECKI, Mental Health Counselor, J.S.P.; DR. SPALDING, Mental Health Director, J.S.P.; GEORGIA DOC OMBUDSMAN, Old Tift College; GEORGIA CORRECTIONAL HEALTHCARE; All Defendants, Jointly and Severally in their Individual and Professional Capacity, | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 24.) Plaintiff does not offer any new information, evidence, or argument that warrants a

deviation from the Magistrate Judge's recommendation. Accordingly, the Court **OVERRULES** Petitioner's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice Plaintiff's claims, and **CLOSES** this civil action.

SO ORDERED this /__ day of December, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE